**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re

JOSEPH S KOLSIN AND THERESA M KOLSIN,

Debtors.

Chapter 7

Case No. 17-44495-CEC

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTORS' DISCHARGE, ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

**IT IS HEREBY** stipulated and agreed by and between the undersigned that the time periods for the Trustee, and the United States Trustee, to object to the discharge of the Debtors, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until March 2, 2018.

| Dated: New York, New York<br>October 4, 2017 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019<br>Tel: (212) 237-1000 |
|---|---|
| Dated: New York, New York<br>October 4, 2017 | LAW OFFICES OF KEVIN B ZAZZERA<br>*Debtors' Attorney*<br><br>By: s/ Kevin Zazzera<br>Kevin B Zazzera (kzazz007@yahoo.com)<br>182 Rose Avenue<br>Staten Island, NY 10306<br>Tel: (718) 987-2700 / Fax : (718) 987-7282 |

SO ORDERED:

**Dated: Brooklyn, New York**
**November 20, 2017**

_/s/ Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**

{11465717:1}